Shirley MATTHEWS *v.* STATE of Arkansas

CR 94-1007                                                      884 S.W.2d 264

Supreme Court of Arkansas
Opinion delivered October 10, 1994

*Blackman Law Firm,* by: *Phillip Crego,* for appellant.

No response.

PER CURIAM. Appellant, Shirley Matthews, by her attorney, has filed for a rule on the clerk.

Her attorney, Phillip Crego, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.